Alexander R. Kalyniuk
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Office: (202) 616-3309
Fax:     (202) 514-6866
Email: Alexander.R.Kalyniuk@usdoj.gov

*Counsel for the United States of America*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) Case No.: 1:19-cv-3703 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **PRISCILLA M. BROWN**, | ) |
| 4 Valley View Crescent – Lower Apartment | ) |
| North, Hamilton Parish, CR-08, Bermuda | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT

Plaintiff, the United States of America (the "**United States**"), at the request and with the authorization of a delegate of the Secretary of the Treasury in accordance with 31 U.S.C. § 3711(g)(4)(C), and at the direction of the Attorney General of the United States, brings this civil action to collect penalties assessed against Priscilla M. Brown (the "**Defendant**") pursuant to 31 U.S.C. § 5321(a)(5) for her failure to report an interest held in one or more foreign bank accounts during the calendar years 2011, 2012, and 2013 (the "**Relevant Calendar Years**"). In support of this action, the United States alleges as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1345, and 1355.

2. Upon information and belief, the Defendant is not resident in the United States. Thus, venue is proper in the above-captioned district pursuant to 28 U.S.C. § 1391(c)(3) because "a defendant not resident in the United States may be sued in any judicial district." *See* 28 U.S.C. § 1391(c)(3).

## PARTIES

3. The Plaintiff is the United States of America.

4. The Defendant is Priscilla M. Brown who, upon information and belief, is a citizen of the United States who resides at 4 Valley View Crescent – Lower Apartment North, Hamilton Parish, CR-08, Bermuda.

## LEGAL BACKGROUND

5. Pursuant to 31 U.S.C. §§ 5314, 5321 and 31 C.F.R. §§ 1010.306(c), 1010.350, all citizens or residents of the United States who have a financial interest in, or signatory or other authority over, a foreign financial account or accounts exceeding **$10,000.00** at any time during a calendar year are required to file an annual report disclosing the existence of each account.

6. For the Relevant Calendar Years at issue in this case, the annual report, known as the Report of Foreign Bank and Financial Accounts ("**FBAR**"), for a calendar year was due no later than June 30 of the year following each applicable calendar year. *See* 31 C.F.R. § 1010.306(c).

7. All persons who are required to file a Schedule B to their federal income tax returns ("**Forms 1040**") are required to disclose whether, at any time during that tax year, they had a financial interest in or signatory authority over a financial account located in a foreign country.

8.	Failure to file a FBAR in any calendar year when it is required is punishable for a penalty not to exceed **$10,000.00** for every non-willful violation of the FBAR filing requirements. *See* 31 U.S.C. § 5321(a)(5)(B)(i).

## THE DEFENDANT'S FOREIGN FINANCIAL ACCOUNTS

9.	Upon information and belief, the Defendant is a U.S. citizen and holds a U.S. passport.

10.	Upon information and belief, the Defendant moved to Bermuda in 1993 and currently resides in Bermuda. The Defendant's last-known address is in Bermuda and she has voluntarily provided Bermuda addresses to the United States in the documentation identified below.

11.	On or about November 11, 2014, the Defendant voluntarily disclosed to the U.S. Internal Revenue Service (the "**IRS**") via an offshore voluntary disclosure letter (the "**Form 14457**") that she had offshore bank accounts whose aggregate values totaled between **$100,000.00** and **$1,000,000.00** between the calendar years of 2007 through 2014.

12.	In her Form 14457, the Defendant voluntarily disclosed that she owned and/or controlled three (3) relevant foreign accounts (a savings account (the "**Savings Account**"), a checking account (the "**Checking Account**"), and a money market account (the "**Money Market Account**")) at a foreign bank, Bank of N.T. Butterfield and Son Limited ("**Butterfield**"), in Bermuda.

13.	On or about June 8, 2017, the Defendant voluntarily filed with the IRS delinquent FBARs for the Relevant Calendar Years to report her previously undisclosed income from foreign accounts. The Defendant voluntarily disclosed to the IRS that her aforementioned foreign account balances with Butterfield, in the aggregate, totaled over **$10,000.00** during the Relevant Calendar

Years. The Defendant failed to provide reasonable cause as to why she filed delinquent FBARs for the Relevant Calendar Years.

14. On June 5, 2018 (the "**Assessment Date**"), a delegate of the Secretary of the Treasury made an assessment of civil penalties against the Defendant in the amount of **$10,000.00** for each calendar year during the Relevant Calendar Years. On the same day, a delegate of the Secretary of the Treasury sent a letter to the Defendant demanding payment of the assessed FBAR penalties.

15. Despite the Notice and Demand for payment, the Defendant has failed to pay the FBAR penalties assessed against her.

### COUNT I: NON-WILLFUL FAILURE TO TIMELY FILE FBARS DURING CALENDAR YEARS 2011, 2012, AND 2013 PURSUANT TO 31 U.S.C. § 5321(A)(5)

16. The United States adopts and fully re-incorporates Paragraphs 1 through 15 as if stated herein.

17. During the Relevant Calendar Years, the Defendant was a citizen of the United States.

18. During the Relevant Calendar Years, the Defendant had a financial interest in, signatory authority over, or other authority over at least three (3) foreign financial accounts with Butterfield as demonstrated by her voluntary disclosure of the Savings Account, Checking Account, and Money Market Account.

19. The Savings Account, Checking Account, and Money Market Account had an aggregate balance that exceeded **$10,000.00** during the Relevant Calendar Years.

20. The Savings Account, Checking Account, and Money Market Account are considered financial accounts in a foreign country.

21. The Defendant failed to timely file a FBAR for calendar years 2011, 2012, and 2013, despite her obligation to do so.

22. On the Assessment Date of June 5, 2018, a delegate of the Secretary of Treasury assessed FBAR penalties against the Defendant in the amount of **$30,000.00** (the "**Assessed FBAR Penalties**"). The Assessed FBAR Penalties are proper and fall within the civil penalty limits imposed by 31 U.S.C. § 5321(a)(5)(B)(i).

23. Interest and penalties have accrued on the FBAR penalties since the assessment date and, as of July 3, 2019, the total amount owed was **$32,261.09**.

24. Therefore, the Defendant is liable for **$32,261.09** as of July 3, 2019, pursuant to 31 U.S.C. § 5321(a)(5) and 31 U.S.C. § 3717, plus further interest, penalties, and statutory additions to those amounts accruing after July 3, 2019 to the date of payment pursuant to 31 U.S.C. § 3717.

## REQUEST FOR RELIEF

**WHEREFORE**, the Plaintiff, the United States of America, respectfully prays for the following relief:

A. That the Court enter judgment in favor of the United States and against Priscilla M. Brown in the amount of **$32,261.09** as of July 3, 2019 for the Assessed FBAR Penalties against her under 31 U.S.C. § 5321(a)(5), and further interest, penalties, and statutory additions to those amounts accruing after that date to the date of payment pursuant to 31 U.S.C. § 3717; and

B. That the Court award such other and further relief, including the costs of this action, as may be deemed just and proper.

[*Signature Block on Next Page*]

Dated: December 12, 2019    **RICHARD E. ZUCKERMAN**
Principal Deputy Assistant Attorney General

By:   /s/ *Alexander R. Kalyniuk*
**ALEXANDER R. KALYNIUK**
Virginia State Bar Number: 92325
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Office: (202) 616-3309
Fax:    (202) 514-6866
Email: Alexander.R.Kalyniuk@usdoj.gov

# CIVIL COVER SHEET

JS-44 (Rev. 6/17 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | Priscilla M. Brown |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ **(EXCEPT IN U.S. PLAINTIFF CASES)** | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Hamilton Parish **(IN U.S. PLAINTIFF CASES ONLY)** NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Alexander R. Kalyniuk U.S. Department of Justice, Tax Division P.O. Box 227, Ben Franklin Station Washington, D.C. 20044 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- (●) 1 U.S. Government Plaintiff
- ( ) 2 U.S. Government Defendant
- ( ) 3 Federal Question (U.S. Government Not a Party)
- ( ) 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and **one** in a corresponding Nature of Suit)

**○ A. Antitrust**
- [ ] 410 Antitrust

**○ B. Personal Injury/Malpractice**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- [ ] 151 Medicare Act

**Social Security**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**Other Statutes**
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**(●) E. General Civil (Other)** OR **( ) F. Pro Se General Civil**

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 27 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Conditions
- [ ] 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent – Abbreviated New Drug Application
- [ ] 840 Trademark

**Federal Tax Suits**
- [x] 870 Taxes (US plaintiff or defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**Other Statutes**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions
- [ ] 470 Racketeer Influenced & Corrupt Organization
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

● 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi-district Litigation  ○ 7 Appeal to District Judge from Mag. Judge  ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
FBAR penalties under 31 U.S.C. § 5321

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 | **DEMAND $** 32,261.09<br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☐  NO ☒ |
|---|---|---|---|
| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☐  NO ☐ | If yes, please complete related case form |

DATE: 12/12/2019   SIGNATURE OF ATTORNEY OF RECORD  /s/ Alexander R. Kalyniuk

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI. CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| :---: | :--- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:19-cv-3703 |
| Priscilla M. Brown | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Priscilla M. Brown
4 Valley View Crescent – Lower Apartment North
Hamilton Parish, CR-08
Bermuda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander R. Kalyniuk
U.S. Department of Justice, Tax Division
Civil Trial Section, Eastern Region
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-3703

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: