CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

United States of America

_____
Plaintiff(s)

vs.

Priscilla M. Brown

_____
Defendant(s)

Civil Action No.: __1:19-cv-3703__

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Defendant Priscilla M. Brown

Serve:
Registrar of the Supreme Court, Bermuda
2nd floor, Government Administration Building
30 Parliament Street
Hamilton HM12
Bermuda

by: (check one)
- ☑ certified or registered mail, return receipt requested
- ☐ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☑ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): __Bermuda (U.K. Overseas Territory)__, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

__/s/ Alexander R. Kalyniuk__
(Signature)

Alexander R. Kalyniuk
U.S. Department of Justice, Tax Division
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: 202-616-3309

(Name and Address)