IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:19-cv-03703-TJK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRISCILLA M. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, United States of America, and Defendant, Priscilla M. Brown, by and through their undersigned counsel, stipulate that the above-captioned civil action be dismissed without prejudice to reinstate the case in the event that the Defendant defaults on any term of the agreement reached with the Plaintiff; the parties shall bear their respective attorneys' fees and costs, as well as any other expenses of this litigation.

Dated: January 26, 2021

<table>
<tr><td>

/s/ *Alexander R. Kalyniuk*
Alexander R. Kalyniuk
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3309
Facsimile: (202) 514-6866
E-Mail: Alexander.R.Kalyniuk@usdoj.gov
*Counsel to the United States of America*

</td><td>

/s/ *Laurin H. Mills (with permission via e-mail)*
Laurin H. Mills
Partner
SAMEK WERTHER MILLS, LLC
2000 Duke Street, Suite 300
Alexandria, Virginia 22314
Direct: (703) 547-4693
Facsimile: (703) 547-4694
E-mail: laurin@samek-law.com
*Counsel for the Defendant Priscilla M. Brown*

</td></tr>
</table>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of January, 2021, I electronically filed the foregoing

document with the Clerk of Court using the CM/ECF system, which will send notification of such

filing to all parties that have elected to receive service through the CM/ECF system. Further, I

hereby certify that on this 26th day of January, 2021, I sent the forgoing document to counsel for

the Defendant via e-mail at the following address: laurin@samek-law.com.

/s/ Alexander R. Kalyniuk
ALEXANDER R. KALYNIUK
Trial Attorney
United States Department of Justice, Tax Division
*Counsel to the United States of America*